## MASSACHUSETTS BONDING AND INSURANCE COMPANY, a corporation, v. EDMUND L. DOLAN, et al.

9 So. (2nd) 508                                           Division B
July 24, 1942                        Rehearing Denied September 15, 1942

McKay, Dixon & DeJarnette, for appellant.

Edward E. Fleming, for Appelles J. Walter Quinn and Surf Realty, Inc.; Hendricks & Hendricks, for Appellee Edmund L. Dolan; and Blakey & Quinan for Appellee Alfred J. Pote, appellees.

PER CURIAM:

The sole question presented by appellant being the sufficiency or insufficiency of the evidence to substantiate the allegations of a creditor's bill and the Court having read the testimony and having found no misinterpretation of it by the chancellor justifying interference with his decree dismissing the suit his action therefore is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.